No. 63849.—Morris Friedman et al. v. United States, protests 326329–K, etc. (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the

subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135; C.A.D. 716), the claim of the plaintiffs was sustained.